# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Randi L. Cook<br>DOB xx/xx/2001<br><br>*Defendant(s)* | Case No. 25-mj-639 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Nov. 7, Dec. 8, Dec. 16, 2025  in the county of  Winnebago  in the  Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(b) | Interstate Travel with Intent to Engage in a Sexual Act with a Minor |
| 18 U.S.C. 2251(a) | Production of Child Pornography |
| 18 U.S.C. 2422(b) | Coerce or entice minor for unlawful sexual activity |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Kyle Schroeder, Winnebago Co. Sheriff's Office
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 12/23/2025

*Judge's signature*

City and state:  Green Bay, Wisconsin

Hon. Tiffany E. Woelfel, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

1. Your affiant, Detective Sergeant Kyle Schroeder, a 24 year veteran of the Winnebago County Sheriff's Office in Oshkosh, Wisconsin, was informed from his personal observations and information received from the victim, witnesses and the offender, On December 19, 2025, Winnebago County Sheriff's Office, Detective Kyle Schroeder, took a sexual conduct with a minor complaint. This complaint occurred in the City of Neenah, within Winnebago County, WI, in the State and Eastern District of Wisconsin.

2. Det. Schroeder spoke with V1, a 17 year-old who identified meeting Randi L. Cook (F/U, DOB-01/23/2001) through Tik Tok approximately 1 year prior. Tik Tok is a social media app which engages in interstate and foreign commerce for communication and information sharing. V1 was 16 years of age at the time communications began with Cook.

3. V1 said as the relationship with Cook progressed, they learned Cook was a 24 year-old female who was married and had child. After learning this information V1 attempted to end contact with Cook. V1 said Cook continued to text message her from the State of Oklahoma using various phone numbers, at least eight different numbers, between Sept. 2025 and December 2025.

4. V1 said Cook was aware of their age from early on in their communications as this was explicitly stated by V1. V1 said she was reluctant to establish a relationship with Cook due to the notable age gap.

5. Cook notified V1 she was driving to Wisconsin from Oklahoma to visit her. This notification occurred on or about December 15, 2025.

6. V1 said Cook attended their high school band performance, December 16, 2025, at Neenah High School and messaged them requesting they stop at Cook's Air B&B, 1438 American Dr. Village of Fox Crossing, within Winnebago County, WI. At approximately 1707 hrs. text communication between Cook and V1 reads, "I can't right now. I'm anxious, want to cry, haven't eaten today, and I've been up since 1230. Seen Sarah. The one who called me a pedophile and guess what I'm doing? Pedophile stuff. I am at a high school getting ready to watch a 17 year old. I'm fucking scared."

7. Following the high school band performance V1 met with Cook at her Air B&B. This meeting occurred on December 16, 2025, between 2030 hrs. and 2230 hrs. V1 went to Cook's location and watched a movie and cuddled with her. During this time Cook removed V1's clothing and groped V1's breasts, rubbed and digitally penetrated her vagina. V1 said she was uncomfortable with this but didn't feel comfortable telling her to stop. V1's mother Melissa A. Van Wie (XX/XX/81) confirmed V1 went to the location on American Dr. as she was aware she had left the home at approximately 2030 hrs. and told her to be home no later than 2230 hrs. Van Wie believed V1 was visiting a friend as this is the information provided to Van Wie prior to her agreeing to allow V1 to leave the house.

8. V1 has said they feel they have been manipulated by Cook throughout their relationship as every time she has attempted to end contact with Cook, she manipulates V1 to come back and continue the relationship. V1 described receiving videos from Cook through Snapchat where Cook was nude, V1 said after receiving these videos Cook then manipulated V1 into sending reciprocal masturbation videos and photos, claiming V1 owed her. V1 said she relented and sent Cook nude videos and photographs through Snapchat. V1 said she believed some of Cooks photos may still be saved to her Snapchat account and consented to have her phone analyzed.

9. A download of V1's phone showed videos and photos of Cook exposing her breasts and masturbating. Similarly, images and videos of V1 exposing her breasts and masturbating were located.

10. Cook was arrested by the Winnebago County Sheriff's Office on December 19, 2025, at approximately 1644 hrs. and transported to the Sheriff's Office where she spoke with Det. Kyle Schroeder following her Miranda Warning. Cook said the communications with V1 started after they met through the Tik Tok app and transferred to the Snapchat App. Snapchat is a communication application which engages in interstate commerce and allows for the sharing of text, photos and videos.

11. Cook acknowledged sending messages from multiple phone numbers in effort to maintain contact with V1 following a rough patch in the relationship. Cooks acknowledged engaging in oral sex and digitally penetrative sex at the Days Inn hotel in the City of Neenah, with V1. This contact occurred during the month of November of 2025. Analysis of V1's phone provided photographs from November 7, 2025, which showed Cook and V1 inside a hotel room. Additional photos from this same date show Cook and V1 lying in bed unclothed but covered by bedding. Cook acknowledged V1 had performed oral sex and digital penetration on her during this meeting in November 2025.

12. Cook said she returned to Wisconsin in the Village of Fox Crossing on Tuesday December 16th, 2025, to watch V1 perform at a band concert. Cook acknowledged V1 came to her Air B&B at approximately 2030 hrs. During this time, they watched a movie, talked and cuddled. Cook acknowledged performing digitally penetrative sex on V1 during this encounter.

## Conclusion

20. Based on the above, your affiant believes that there is probable cause to believe that Randi L. Cook committed the offenses of Interstate Travel with Intent to Engage in a Sexual Act with a Minor, Production of Child Pornography, and Coerce or Entice a Minor for Unlawful Sexual Activity all in violation of Titles 18, United States Code, Sections 2251(a), 2422(b), and 2423(b), on November 7, 2025, December, 8, 2025, and December 16, 2025, in the City of Neenah and Village of Fox Crossing, both of which are located within the State and Eastern District of Wisconsin.

21. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for the above-named individual, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.